# EXHIBIT A

Ocuco Ltd.
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

OCUCO

PM384Q00910521
DEBORAH J DEVINNA
[redacted]

July 11, 2025

**RE: NOTICE OF DATA BREACH**

Dear DEBORAH:

Ocuco is an eye care technology company providing software solutions for various eye care providers, including your eyecare provider. Due to the nature of this work, Ocuco is provided access to certain personal information to perform these services.

We are writing to inform you that we experienced a data security incident that involved some of your protected health information associated with the provision of your eye care. As noted above, Ocuco was in possession of this information due to its work with your eyecare provider. This notice explains the incident, steps we have taken in response, and additional information on steps you may take to help protect your information.

**What Happened?**

On April 1, 2025, Ocuco learned that a third party was claiming to have stolen information from its environment via a posting on the unindexed internet (also known as the dark web). Ocuco immediately took steps to secure its virtual environment and launched an investigation to determine if this claim was legitimate by engaging external cybersecurity experts.

Ocuco's investigation revealed that an unauthorized actor accessed two non-production servers and certain files stored therein between March 28, 2025, and April 1, 2025, and some files were copied from one of those servers between March 30, 2025, and April 1, 2025. Ocuco's investigation determined this unauthorized access was enabled by a newly discovered vulnerability contained within third-party software Ocuco uses that was not timely disclosed to Ocuco. Ocuco conducted a review of the files to identify individuals whose information may have been involved and worked to obtain addresses and notify them as quickly as possible after completing the review on July 3, 2025.

***What Information Was Involved?***

*Our review determined some of your personal information was contained within the involved files, including your name and the following: Doctor or Provider Name; Medical Record Number; Date of Birth; Prescriptions or Medications; Treatment or Diagnosis.*

***What We Are Doing?***

*cuco has fully patched the vulnerability.* Further, we have also undertaken a general review of our cybersecurity *ntrols and procedures to ensure that we* maintain the highest levels of security for our network, systems, and data. *uco continues to evaluate additional steps that may* be taken to further enhance the security of our environment.